RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

7/25/2014 2:42:46 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 1949725
By: PRINCE, SASHAGAYE S

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/5/2015 5:43:39 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. 2013-00543

| | | |
|---|---|---|
| TEXAS GULF ENERGY, INC. ON BEHALF OF CS BANKERS V, LLC AND TEXAS GULF FABRICATORS, | § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| MICHAEL RUSHING, STEPHANIE RUSHING, PENN RUSHING, and FLORENCE RUSHING, | § | |
| Defendants. | § | 270TH JUDICIAL DISTRICT |

## PARTIAL SUMMARY JUDGMENT ON FORECLOSURE

After considering CS Bankers V, LLC's Motion for Partial Summary Judgment on the Issue of Foreclosure, Texas Gulf Fabricators, LLC and Brian G. Hendry's Joinder in Plaintiff CS Bankers V, LLC's Motion for Partial Summary Judgment on the Issue of Foreclosure, any response thereto, the pleadings, and the arguments of counsel, the Court **GRANTS** the motions.

It is hereby **ORDERED** that the claims for wrongful foreclosure and quiet title asserted by Defendants Michael Rushing, Stephanie Rushing, Penn Rushing, Florence Rushing, or Intervenor D&R Constructors, Inc., against Third-Party Defendants Texas Gulf Fabricators, LLC and Brian G. Hendry are dismissed with prejudice.

SIGNED on the _28_ day of _August_, 2014.

_____
HON. BRENT GAMBLE

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging



10/29/2014 9:43:53 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 2990226
By: BOONE, SHELLEY

CAUSE NO. 2013-00543

P-1

7A

(20-1)

| | | |
|---|---|---|
| TEXAS GULF ENERGY, INC. ON BEHALF OF CS BANKERS V, LLC AND TEXAS GULF FABRICATORS, | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| MICHAEL RUSHING, STEPHANIE RUSHING, PENN RUSHING, and FLORENCE RUSHING, | § § § § § | |
| Defendants. | § § | 270TH JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

After considering Defendant Lester H. Smith's Motion for Final Summary Judgment, any response thereto, the pleadings, the evidence on file, and the arguments of counsel, the Court **GRANTS** the motion.

It is hereby **ORDERED** that all claims asserted by Defendants Michael Rushing, Stephanie Rushing, Penn Rushing, Florence Rushing, or Intervenor D&R Constructors, Inc., against Lester H. Smith are dismissed with prejudice.

SIGNED on the ___31___ day of _____,2014.

_____
HON. BRENT GAMBLE

Unofficial Copy Office of Chris Daniel District Clerk

| | |
|---|---|
| TEXAS GULF ENERGY, INC. ON BEHALF § | IN THE 270th JUDICIAL |
| OF CS BANKERS V, LLC AND TEXAS § | |
| GULF FABRICATORS, INC. § | |
| § | |
| *vs.* § | DISTRICT COURT OF |
| § | |
| MICHAEL RUSHING, STEPHANIE § | |
| RUSHING, PENN RUSHING, and § | |
| FLORENCE RUSHING § | HARRIS COUNTY, TEXAS |

### ORDER GRANTING JOINT
### MOTION FOR ENTRY OF SUPPLEMENTAL ORDER

On August 15, 2014, this Court considered CS Bankers V, LLC's ("CS Bankers") Motion for Summary Judgment on the Issue of Foreclosure, Third-Party Defendants Texas Gulf Fabricators, LLC ("TGF") and Brian Hendry's ("Hendry") Joinder in Plaintiff CS Bankers V, LLC's Motion for Partial Summary Judgment on the Issue of Foreclosure, the response, the objections, the replies, the pleadings, the affidavits and other evidence on file.

On August 28, 2014, this Court entered an Order Granting CS Bankers' Motion for Summary Judgment and TGF and Hendry's Joinder in the same.

On September 23, 2014, CS Bankers and TGF/Hendry filed their Joint Motion for Entry of Supplemental Order (the "Motion").

After considering the Motion, the response, and arguments of counsel, if any, the Court GRANTS the Motion. As such, as a supplement to the August 28, 2014 Order, it is further

ORDERED, ADJUDGED AND DECREED that CS Bankers' foreclosure on the subject property located on Wade Rd., Baytown, Texas 77521 (the "Property") was proper, valid and complied with the terms of the Deed of Trust and the laws of the State of Texas. It is further

ORDERED, ADJUDGED AND DECREED that CS Bankers held legal title to the Property subsequent to the proper and lawful foreclosure. It is further

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ORDERED, ADJUDGED AND DECREED that D&R Constructors, Inc. and Michael Rushing, Penn Rushing, Stephanie Rushing and Florence Rushing's claim of wrongful foreclosure is dismissed with prejudice.

SIGNED on November 14, 2014.

_____
PRESIDING JUDGE

Unofficial Copy Office of Chris Daniel District Clerk

10/29/2014 9:40:38 AM
Chris Daniel - District Clerk
Harris County
Envelope No· 2990108
By: BOONE, SHELLEY

CAUSE NO. 2013-00543

| | | |
|---|---|---|
| TEXAS GULF ENERGY, INC ON BEHALF OF CS BANKERS V, LLC AND TEXAS GULF FABRICATORS, | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| MICHAEL RUSHING, STEPHANIE RUSHING, PENN RUSHING, and FLORENCE RUSHING, | § § § § § | |
| Defendants. | § | 270TH JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

After considering Defendants Brian G. Hendry and Texas Gulf Fabricators, LLC's Motion for Final Summary Judgment, any response thereto, the pleadings, the evidence on file, and the arguments of counsel, the Court **GRANTS** the motions.

It is hereby **ORDERED** that all claims asserted by Defendants Michael Rushing, Stephanie Rushing, Penn Rushing, Florence Rushing, or Intervenor D&R Constructors, Inc, against Brian G. Hendry and Texas Gulf Fabricators, LLC are dismissed with prejudice.

SIGNED on the ___19___ day of _November_, 2014.

_____
HON. BRENT GAMBLE

1/20/2015 11:17:22 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 3823407
By: PRINCE, SASHAGAYE S

CAUSE NO. 2013-00543

| | | |
|---|---|---|
| TEXAS GULF ENERGY, INC. ON BEHALF | § | IN THE 270th JUDICIAL |
| OF CS BANKERS V, LLC AND TEXAS | § | |
| GULF FABRICATORS, INC. | § | |
| | § | |
| *vs.* | § | DISTRICT COURT OF |
| | § | |
| | § | |
| MICHAEL RUSHING, STEPHANIE | § | |
| RUSHING, PENN RUSHING, and | § | |
| FLORENCE RUSHING | § | HARRIS COUNTY, TEXAS |

**ORDER GRANTING TEXAS GULF ENERGY, INC.,
CS BANKERS V, LLC AND TIMOTHY CONNOLLY'S
NO-EVIDENCE MOTIONS FOR SUMMARY JUDGMENT**

After considering Plaintiff Texas Gulf Energy, Inc., Plaintiff CS Bankers V, LLC, and

Third-Party Defendant Timothy Connolly's No-Evidence Motions for Summary Judgment,

any response thereto, any reply, the pleadings, the evidence on file, and the arguments of

counsel, the Court

GRANTS the motions. It is therefore,

ORDERED, ADJUDGED AND DECREED that all claims asserted by Defendants

Michael Rushing, Penn Rushing, Stephanie Rushing, Florence Rushing, or Intervenor D&R

Constructors, Inc. against Plaintiff Texas Gulf Energy, Inc., Plaintiff CS Bankers V, LLC and

Third-Party Defendant Timothy Connolly are dismissed with prejudice.

SIGNED on ___February 3___, 2015.

_____
PRESIDING JUDGE

CAUSE NO. 2013-00543

| | | |
|---|---|---|
| TEXAS GULF ENERGY, INC. ON BEHALF OF CS BANKERS V, LLC AND TEXAS GULF FABRICATORS, | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| MICHAEL RUSHING, STEPHANIE RUSHING, PENN RUSHING, and FLORENCE RUSHING, | § § § § § | |
| Defendants. | § | 270TH JUDICIAL DISTRICT |

## ORDER ASSESSING SANCTIONS

After considering Third-Party Defendant Lester H. Smith's Motion for Sanctions, any response thereto, the pleadings, the evidence, and the arguments of counsel, the Court **GRANTS** the motion.

The Court **FINDS** good cause to impose sanctions on Defendants Michael Rushing, Stephanie Rushing, Penn Rushing, Florence Rushing, Intervenor D&R Constructors, Inc., and George W. Gore.

The Court **FURTHER FINDS** that Defendants and Intervenor brought groundless claims against Lester H. Smith, and that those claims were brought in bad faith or for the purpose of harassment.

The Court **FURTHER FINDS** that Defendants' and Intervenor's attorney, George W. Gore, failed to conduct a reasonable inquiry into the facts before filing claims against Lester H. Smith.

The Court **FURTHER FINDS** that Defendants, Intervenor, and George W. Gore acted in bad faith by filing Defendants' and Intervenor's Third Amended Claims after being put on notice by the depositions of Penn Rushing and Michael Rushing that the claims asserted against Lester H. Smith were groundless.

Based on these findings, the Court hereby **ORDERS** Defendants Michael Rushing, Stephanie Rushing, Penn Rushing, Florence Rushing, Intervenor D&R Constructors, Inc., and their attorney, George W. Gore, to jointly and severally pay Lester H. Smith $ _33,250.00_ as a sanction. The full amount must be paid within 30 days of the signing of this order.

SIGNED on the _3_ day of _February_, 2015.

_____
HON. BRENT GAMBLE

2

CAUSE NO. 2013-00543

| | |
|---|---|
| TEXAS GULF ENERGY, INC. ON BEHALF § | IN THE 270th JUDICIAL |
| OF CS BANKERS V, LLC AND TEXAS § | |
| GULF FABRICATORS, INC. § | |
| § | |
| *vs.* § | DISTRICT COURT OF |
| § | |
| MICHAEL RUSHING, STEPHANIE § | |
| RUSHING, PENN RUSHING, and § | |
| FLORENCE RUSHING § | HARRIS COUNTY, TEXAS |

## FINAL JUDGMENT

On this date, the Court considered Plaintiffs Texas Gulf Energy, Inc. ("TGE") and CS Bankers V, LLC's ("CS Bankers") Motion for Summary Judgment on Attorney's Fees and for Entry of Final Judgment (the "Motion"). The Court reviewed the Motion, the response, the evidence and heard arguments of counsel and announced its decision in favor of TGE and CS Bankers. With the ruling on the Motion, all matters in controversy, legal and factual, had been determined by the Court.

On August 28, 2014, the Court signed the "CS Bankers' Partial Summary Judgment on Foreclosure."

On October 31, 2014, the Court signed the "Final Summary Judgment" in favor of Third-Party Defendant Lester H. Smith.

On November 14, 2014, the Court signed the "Order Granting Joint Motion for Entry of Supplemental Order" on the issue of foreclosure.

On November 19, 2014, the Court signed the "Final Summary Judgment" in favor of Third-Party Defendants Brian Hendry and Texas Gulf Fabricators, LLC.

On December 17, 2014, the Court signed the "Order Granting Texas Gulf Energy, Inc.'s Partial Summary Judgment on the "Letter of Intent.""

On February 3, 2015, the Court signed the "Order Granting Texas Gulf Energy, Inc,

CS Bankers V, LLC and Timothy J. Connolly's No-Evidence Motions for Summary Judgment."

The aforementioned orders have not been modified, revoked or vacated in whole or in part, and become final with this Final Judgment.

The Court now memorializes its rulings and judgment in favor of Plaintiffs TGE, CS Bankers and Third-Party Defendants Timothy J. Connolly ("Connolly"), Lester H. Smith ("Smith"), Brian Hendry ("Hendry") and Texas Gulf Fabricators, LLC ("TGF") and against Defendants Michael Rushing, Penn Rushing, Florence Rushing and Stephanie Rushing (collectively hereinafter the "Rushings") and Intervenor D&R Constructors, Inc. ("D&R") as set forth in this Final Judgment.

### IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1.    that the Rushings and D&R have and take nothing on their claims;

2.    that CS Bankers have and recover against and from each of the Rushings and D&R jointly and severally the sum of EIGHTY ONE THOUSAND NINE HUNDRED TWENTY FOUR AND 55/100 DOLLARS ($81,924.55) as reasonable and necessary attorney's fees;

3.    that TGE have and recover against and from each of the Rushings and D&R jointly and severally the sum of NINETY FOUR THREE HUNDRED SEVENTY SIX AND 06/100 DOLLARS ($94,376.06) as reasonable and necessary attorney's fees;

4.    that TGE and CS Bankers have and recover against and from each of the Rushings and D&R jointly and severally the sum of FIFTY THOUSAND DOLLARS ($50,000.00) in the event of an appeal to the Court of Appeals; for reasonable and necessary attorney's fees for representation through appeal to the Court of Appeals;

5.    that TGE and CS Bankers have and recover against and from each of the Rushings and D&R jointly and severally the sum of TWENTY FIVE THOUSAND DOLLARS ($25,000.00) in the event that there is filed a petition for review to the Supreme Court of Texas for reasonable and necessary attorney's fees for representation at the petition for review stage in the Supreme Court of Texas;

6.    that TGE and CS Bankers have and recover against and from each of the Rushings and D&R jointly and severally the sum of FIFTEEN THOUSAND DOLLARS ($15,000.00) in the event that the petition for review to the Supreme Court of Texas is granted; for reasonable and necessary attorney's fees for representation in the merits briefing stage in the Supreme Court of Texas;

7. that TGE and CS Bankers have and recover against and from each of the Rushings and D&R jointly and severally the sum of TEN THOUSAND AND 00/100 DOLLARS ($10,000.00) for reasonable and necessary attorney's fees for representation through oral argument and the completion of proceedings in the Supreme Court of Texas;

8. that all costs of court are taxed against the Rushings and D&R jointly and severally;

9. that all writs and processes necessary for the enforcement or collection of this judgment or the costs of court may issue as are necessary;

10. that any other relief or claim of the Rushings or D&R which is not expressly granted be and hereby is denied; and

11. that this is a final judgment which disposes of all claims and all parties and is appealable.

SIGNED on _April 13,_____, 2015.

_____
PRESIDING JUDGE


AGREED AS TO FORM:

_____
Gary M. Jewell
Adam L. Tepper
CHRISTIAN, SMITH & JEWELL, LLP
2302 Fannin, Suite 500
Houston, Texas 70002
Telephone: (713)659-7617
Facsimile: (713)659-7641

ATTORNEYS FOR TEXAS GULF ENERGY, INC.
CS BANKERS V, LLC AND TIMOTHY J. CONNOLLY

## AFFIDAVIT OF ROBERT A. SCHLANGER

STATE OF TEXAS   §
HARRIS COUNTY   §

Before me, the undersigned notary, on this day personally appeared Robert A. Schlanger, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Robert A. Schlanger. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge, are true and correct.

I represented CS Bankers V, LLC in connection with the foreclosure proceedings on the property known as 6314 Wade Rd., Baytown, Texas 77521. On August 13, 2012, I served proper notice under Section 51.002 of the Texas Property Code on debtor D & R Constructors, Inc. *See* documents demonstrating service, attached as Exhibit "A." Twenty-two days later, on September 4, 2012, I sold the property located at 6314 Wade Rd. at a Substitute Trustee's Sale held in accordance with the laws of the State of Texas. *See* Exhibit "B," CS Bankers V, LLC is the lawful owner of the property known as 6314 Wade Rd., Baytown, Texas 77521.

In connection with the foreclosure of 6314 Wade Rd., Baytown, Texas 77521, all required statutory and contractual notices were provided to debtor D & R Constructors, Inc."

Robert A. Schlanger

Sworn to and subscribed before me by Robert A. Schlanger on January 11, 2013.

Notary Public in and for the State of Texas

JULIE R DANIEL
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 6, 2014

AFFIDAVIT OF ROBERT A. SCHLANGER        PAGE 1 OF 1



EXHIBIT
2

Official copy of the Harris County District Clerk

ROBERT A. SCHLANGER, P.C.
Attorney at Law
5325 Katy Freeway, Suite Two
Houston, Texas 77007
(713) 626-2333
(713) 626-3806 (Telecopier)

August 13, 2012

D & R Constructors, Inc.
6314 Wade Road
Baytown, Texas 77521

*Certified Mail*
*Return Receipt Requested*

RE:   Loan (the "Loan") to D & R Constructors, Inc., a Texas corporation (the "Borrower") as evidenced by that certain Note in the original principal sum of $625,000.00 executed by Borrower on October 28, 2004 and payable to the order of Comerica Bank (successor to Sterling Bank) as said note has been assigned to CS Bankers V LLC, a Texas limited liability company ((the "Note") and as secured by that certain Deed of Trust (with Security Agreement, Assignments of Rents and Financing Statement dated as of even date therewith, herein, the "Deed of Trust")

## NOTICE OF POSTING

Gentlemen:

This law firm represents CS BANKERS V LLC, a Texas limited liability company ("Lender") and is authorized to send this letter on its behalf. Reference is made to the Note and Deed of Trust together with any other instruments securing the indebtedness described therein (which shall be called the "Loan Documents") of which the Lender is presently the owner and holder. The Loan Documents include any Modification and/or Extension Agreement(s) filed for record with respect to said indebtedness.

1.   The failure to pay the principal and/or interest as specified in the Note constituted a default under the terms of the Loan Documents. You were previously notified of the default, but the default has not been cured as specified in the previous notice letter to you from or on behalf of the Lender and the cure period specified therein has expired.

2.   YOU ARE NOTIFIED THAT THE ENTIRE UNPAID PRINCIPAL BALANCE THEREOF TOGETHER WITH ALL ACCRUED AND UNPAID INTEREST IS NOW DUE AND PAYABLE ACCORDING TO THE TERMS OF THE NOTE AND ANY EXTENSION AND/OR MODIFICATION AGREEMENT. YOU ARE FURTHER NOTIFIED THAT A NON-JUDICIAL FORECLOSURE SALE HAS BEEN SCHEDULED FOR THE FIRST TUESDAY IN SEPTEMBER, 2012 (SAID DATE BEING SEPTEMBER 4, 2012). THE FORECLOSURE


EXHIBIT
2-A

D & r Constructors, Inc.
August 13, 2012
Page 2

SALES HAVE BEEN SCHEDULED AT THE LOCATION(S) SPECIFIED IN THE NOTICES OF SUBSTITUTE TRUSTEE'S SALES WHICH ARE ENCLOSED. A COPY OF THE NOTICE OF SUBSTITUTE TRUSTEE'S SALE IS ENCLOSED WHICH DESIGNATES THE TIME AND FURTHER DESCRIBES THE LOCATION OF EACH SALE.

3. If you desire to protect your interest in the Property you must pay the full amount due, together with any interest and collection costs prior to the date of the sale referenced above. To determine the amount necessary to pay the Loan in full, please contact your Lender.

4. In the event the total amount due on the Loan is not received by the Lender on or before the date of the foreclosure, the Lender will request that a sale of the property be conducted and the amount realized at said sale will be applied to the amount due on the Loan.

5. You are further advised that, if any collateral securing the Loan Documents is foreclosed upon, liquidated or otherwise realized upon, and the amount bid is insufficient to satisfy all sums due and owing under the Loan Documents, including, but not limited to, principal, interest, trustee fees, attorney fees and other expenses incurred in connection therewith, the Lender may proceed with appropriate action to recover such sums.

6. Despite any past acceptance of late payments or other actual or implied forbearance of any nature by the Creditor, TIME IS HEREBY DECLARED TO BE OF THE ESSENCE of this notification of default and acceleration and intent to enforce each and every covenant, term, condition, and provision of the Loan Documents.

7. You are further advised that you may have the right to reinstate after acceleration and you may have the right to bring a court action to assert the nonexistence of a default or any other defense to acceleration and sale.

8. This letter is being forwarded to all guarantors of the Loan pursuant to the terms of those certain Guaranty Agreements executed by each guarantor. By giving notice as specified herein to each guarantor, the Lender shall not be deemed to have agreed to hereafter give any guarantor or any other person any further or additional notice that is not required by the terms of the Loan Documents or by applicable law.

D & R Constructors, Inc.
August 13, 2012
Page 3

## FAIR DEBT COLLECTION PRACTICES ACT NOTICE

This letter is an attempt to collect a debt and any information obtained will be used for that purpose. The creditor is CS Bankers V, LLC. This notice is required by the provisions of the Fair Debt Collection Practices Act. We are not attempting to collect money from anyone who has discharged said debt under the Bankruptcy Laws of the United States.

Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.

Should you have any questions regarding this matter, please feel free to contact the undersigned at (713) 626-2333.

Very truly yours,

Robert A. Schleuger

RAS/jrd
Enclosures

Unofficial Copy Office of Chris Daniel District Clerk



Unofficial Copy Office of District Clerk

## AFFIDAVIT OF ROBERT A. SCHLANGER

STATE OF TEXAS §
HARRIS COUNTY §

Before me, the undersigned notary, on this day personally appeared Robert A. Schlanger, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Robert A. Schlanger. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge, are true and correct.

I have represented creditors in various non-judicial foreclosure matters over the past twenty years and have developed a standard procedure for the filing, posting and mailing of notices of Trustee's Sales over that period. I always follow the exact same procedure in Harris County, Texas each month.

In July of 2012, I was retained by CS Bankers V, LLC ("CS Bankers") to foreclose on the property known as 6314 Wade Rd., Baytown, Texas 77521 (the "Property") owned by Debtor D&R Constructors, Inc. ("D&R"). In preparing to foreclose on the Property, I reviewed the documents contained in CS Bankers' file, including the underlying Real Estate Lien Note, Modification, Renewal and Extension Agreement, and Deed of Trust (with Security Agreement, Assignment of Rents, and Financing Statement). Pursuant to the documents contained within CS Bankers' file, including the Deed of Trust, it was clear that D&R was the only debtor obligated to pay the debt. Pursuant to the records in CS Bankers' file, D&R's address was 6314 Wade Rd., Baytown, Texas 77521.

I scheduled the foreclosure for September 4, 2012 (the "Foreclosure Date") and went about providing the proper notices pursuant to Section 51.002 of the Texas Property Code and the terms of the Deed of Trust. Specifically, twenty-one days prior to the Foreclosure Date, on August 14, 2012, I posted the Notice of Substitute Trustee's Sale ("Notice") in the designated area of the Harris County Family Law Center, a Harris County Courthouse, located at 1115 Congress Street, Houston, Texas, setting the foreclosure sale at that same location. The posting of the Notice was witnessed by a listing service, which is not a requirement but my standard practice. *See* Exhibit B-1. That same day, August 14, 2012, at 12:52 p.m., I filed the Notice with the County Clerk of Harris County, Texas. *See* Exhibit B-2. By posting the Notice at the Harris County Family Law Center and filing the Notice with the Harris County Clerk's office, I complied with Sections 51.002(b)(1) and (2) of the Texas Property Code and Sections 14(a) and (b) of the Deed of Trust. I followed my standard procedure of filing a copy of the Notice with the Harris County Clerk's Office and thereafter immediately posting a copy of the Notice of Sale at the designated area for such posting established by the Commissioner's Court of Harris County, Texas.

Further, that very same day, August 14, 2012, I sent D&R, via Certified Mail Return Receipt Requested, at 6314 Wade Rd., Baytown, Texas 77521, their last known address according to the

---

EXHIBIT B

records of CS Bankers, a Notice of Posting informing them that a non-judicial foreclosure sale had been scheduled for the first Tuesday of September, 2012 (said date being September 4, 2012). *See* Exhibit B-3. I deposited the Notice of Posting to D&R in the United States mail, postage prepaid completing service pursuant to Sections 51.002(b) and (c) of the Texas Property Code and the terms of the Deed of Trust. I always personally deposit the Notice of Posting at the U.S Post Office in downtown Houston, Texas and I did so on August 14, 2012.

Twenty-one days later, on September 4, 2012, I sold the property located at 6314 Wade Rd. at a Substitute Trustee's Sale held in accordance with the laws of the State of Texas. *See* Exhibit B-4. CS Bankers V, LLC was the lawful owner of the property known as 6314 Wade Rd., Baytown, Texas 77521 subsequent to the foreclosure.

In connection with the foreclosure of 6314 Wade Rd., Baytown, Texas 77521, all required statutory and contractual notices were provided to the only debtor, D & R Constructors, Inc."

_____
Robert A. Schlanger

Sworn to and subscribed before me by Robert A. Schlanger on July 23, 2014.

_____
Notary Public in and for the State of Texas

KATHLEEN MARTIN
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 10, 2017

EXHIBIT B

**ROBERT A. SCHLANGER, P.C.**
Attorney at Law
5325 Katy Freeway, Suite Two
Houston, Texas 77007
(713) 626-2333
(713) 626-3806 (Telecopier)

August 13, 2012

D. & R. Constructors, Inc.
6314 Wade Road
Baytown, Texas 77521

_Certified Mail_
_Return Receipt Requested_

RE: Loan (the "Loan") to D & R Constructors, Inc., a Texas corporation (the "Borrower") as evidenced by that certain Note in the original principal sum of $625,000.00 executed by Borrower on October 28, 2004 and payable to the order of Comerica Bank (successor to Sterling Bank) as said note has been assigned to CS Bankers V LLC, a Texas limited liability company ((the "Note") and as secured by that certain Deed of Trust (with Security Agreement, Assignments of Rents and Financing Statement dated as of even date therewith, herein, the "Deed of Trust")

## NOTICE OF POSTING

Gentlemen:

This law firm represents CS BANKERS V LLC, a Texas limited liability company ("Lender") and is authorized to send this letter on its behalf. Reference is made to the Note and Deed of Trust together with any other instruments securing the indebtedness described therein (which shall be called the "Loan Documents") of which the Lender is presently the owner and holder. The Loan Documents include any Modification and/or Extension Agreement(s) filed for record with respect to said indebtedness.

1. The failure to pay the principal and/or interest as specified in the Note constituted a default under the terms of the Loan Documents. You were previously notified of the default, but the default has not been cured as specified in the previous notice letter to you from or on behalf of the Lender and the cure period specified therein has expired.

2. YOU ARE NOTIFIED THAT THE ENTIRE UNPAID PRINCIPAL BALANCE THEREOF TOGETHER WITH ALL ACCRUED AND UNPAID INTEREST IS NOW DUE AND PAYABLE ACCORDING TO THE TERMS OF THE NOTE AND ANY EXTENSION AND/OR MODIFICATION AGREEMENT. YOU ARE FURTHER NOTIFIED THAT A NON-JUDICIAL FORECLOSURE SALE HAS BEEN SCHEDULED FOR THE FIRST TUESDAY IN SEPTEMBER, 2012 (SAID DATE BEING SEPTEMBER 4, 2012). THE FORECLOSURE

# EXHIBIT B-3

D & r Constructors, Inc.
August 13, 2012
Page 2

SALES HAVE BEEN SCHEDULED AT THE LOCATION(S) SPECIFIED IN THE NOTICES OF SUBSTITUTE TRUSTEE'S SALES WHICH ARE ENCLOSED. A COPY OF THE NOTICE OF SUBSTITUTE TRUSTEE'S SALE IS ENCLOSED WHICH DESIGNATES THE TIME AND FURTHER DESCRIBES THE LOCATION OF EACH SALE.

3. If you desire to protect your interest in the Property you must pay the full amount due, together with any interest and collection costs prior to the date of the sale referenced above. To determine the amount necessary to pay the Loan in full, please contact your Lender.

4. In the event the total amount due on the Loan is not received by the Lender on or before the date of the foreclosure, the Lender will request that a sale of the property be conducted and the amount realized at said sale will be applied to the amount due on the Loan.

5. You are further advised that, if any collateral securing the Loan Documents is foreclosed upon, liquidated or otherwise realized upon, and the amount bid is insufficient to satisfy all sums due and owing under the Loan Documents, including, but not limited to, principal, interest, trustee fees, attorney fees and other expenses incurred in connection therewith, the Lender may proceed with appropriate action to recover such sums.

6. Despite any past acceptance of late payments or other actual or implied forbearance of any nature by the Creditor, TIME IS HEREBY DECLARED TO BE OF THE ESSENCE of this notification of default and acceleration and intent to enforce each and every covenant, term, condition, and provision of the Loan Documents.

7. You are further advised that you may have the right to reinstate after acceleration and you may have the right to bring a court action to assert the nonexistence of a default or any other defense to acceleration and sale.

8. This letter is being forwarded to all guarantors of the Loan pursuant to the terms of those certain Guaranty Agreements executed by such guarantor. By giving notice as specified herein to each guarantor, the Lender shall not be deemed to have agreed to hereafter give any guarantor or any other person any further or additional notice that is not required by the terms of the Loan Documents or by applicable law.

Unofficial Copy Office of Chris Daniel District Clerk

EXHIBIT B-3

D & R Constructors, Inc.
August 13, 2012
Page 3

## FAIR DEBT COLLECTION PRACTICES ACT NOTICE

This letter is an attempt to collect a debt and any information obtained will be used for that purpose. The creditor is CS Bankers V, LLC. This notice is required by the provisions of the Fair Debt Collection Practices Act. We are not attempting to collect money from anyone who has discharged said debt under the Bankruptcy Laws of the United States.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

Should you have any questions regarding this matter, please feel free to contact the undersigned at (713) 626-2333.

Very truly yours,

Robert A. Schlanger

RAS/jrd
Enclosures

Unofficial Copy Office of Chris D Daniel District Clerk

EXHIBIT B-3



Unofficial Copy Office of Clerk @ District Clerk

# EXHIBIT B-3